UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* JOHN DOES 1-3,<br><br>Plaintiffs,<br><br>v.<br><br>CARDINAL HEALTH, INC., *et al.*,<br><br>Defendants. | No. 19-cv-12488-IT |

## ORDER OF PARTIAL DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States, by relators John Does 1-3 (the "relators"), and Cardinal Health, Inc., Cardinal Health Specialty Solutions Group, Cardinal Health 108, LLC, and Cardinal Health 118, LLC D/B/A VitalSource GPO (collectively, "Cardinal Health") filed a Stipulation of Dismissal. Upon due consideration of the Stipulation and the papers on file in this action,

IT IS HEREBY ORDERED that,

Consistent with, and subject to, the terms of the Settlement Agreement executed by the United States, Cardinal Health, and the relators, all claims asserted on behalf of the United States against Cardinal Health in this action concerning the Covered Conduct as defined in Paragraph F of the Settlement Agreement are hereby dismissed with prejudice, and all remaining claims asserted against Cardinal Health in this action are hereby dismissed with prejudice to the relators and without prejudice to the United States.

This order of partial dismissal applies only to claims against Cardinal Health and does not impact the relators' rights to proceed against any other named defendant.

Dated: 2/16/2022

INDIRA TALWANI
UNITED STATES DISTRICT JUDGE